**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00294-CV

### IN RE BANCORPSOUTH BANK, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Before the Court is the petition for writ of mandamus filed by Bancorpsouth Bank. The Court requests that real party in interest and respondent file their responses to the petition for writ of mandamus, if any, by March 20, 2014.

/s/     DAVID LEWIS
           JUSTICE